UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAPIEN LOPEZ, SR., | 1:05-cv-00481-LJO-TAG (HC) |
| Petitioner, | |
| vs. | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| ROSEANNE CAMPELL, et al., | (Doc. 33) |
| Respondents. | |

Petitioner has requested the appointment of counsel. (Doc. 33). There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, Petitioner's asserted reasons for the appointment of counsel are that he is indigent and would benefit from counsel. These circumstances are true of nearly every petitioner in every habeas case now before this Court. The Court find that the interests of justice do not require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 33), is DENIED.

IT IS SO ORDERED.

Dated: **October 4, 2007**        /s/ **Theresa A. Goldner**
                                    UNITED STATES MAGISTRATE JUDGE