UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAPIEN LOPEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>ROSEANNE CAMPBELL,<br><br>    Respondent.<br>_____/ | 1:05-cv-00481 LJO-TAG (HC)<br><br>ORDER GRANTING REQUEST FOR<br>EXTENSION OF TIME TO FILE ANSWER<br><br>(Doc. 39) |

On February 26, 2008, Respondent filed a request for an extension of time to file an answer to Petitioner's amended petition for writ of habeas corpus. (Doc. 39). The Court has read and considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

    1. Respondent's request for an extension of time to file an answer to Petitioner's amended petition for writ of habeas corpus is GRANTED; and

    2. Respondent shall have to and including March 6, 2008 to file an answer.

IT IS SO ORDERED.

Dated: **February 27, 2008**                            **/s/ Theresa A. Goldner**
                                                                      UNITED STATES MAGISTRATE JUDGE