IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAPIEN LOPEZ, Sr., | 1:05-cv-0481 LJO TAG (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE ANSWER |
| ROSEANNE CAMPBELL, et al., | (Doc. 43) |
| Respondents. | |

On March 7, 2008, Respondent filed a request for a one-day extension of time to file an answer to Petitoner's petition for writ of habeas corpus. (Doc. 43). On March 7, 2008, Respondent also filed an answer. (Doc. 42). The Court has considered Respondent's request, finds that good cause exists to grant it, and makes the following order:

1. Respondent's request for an extension of time to file an answer is GRANTED (Doc. 43);

2. Respondent's answer filed on March 7, 2008 (Doc. 42) is deemed timely filed; and

3. This order is made nunc pro tunc to March 7, 2008.

IT IS SO ORDERED.

Dated: **March 12, 2008**  /s/ Theresa A. Goldner
UNITED STATES MAGISTRATE JUDGE