# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL SAPIEN LOPEZ, | ) | 1:05-cv-00481-LJO-TAG HC |
| Petitioner, | ) ) | ORDER DIRECTING CLERK OF COURT TO RE-DESIGNATE PETITIONER'S |
| v. | ) ) ) | MOTION TO DISMISS FILED ON MAY 28, 2008 AS A "TRAVERSE" TO RESPONDENT'S ANSWER |
| ROSEANNE CAMPBELL, | ) | (Doc. 50) |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner originally filed his petition on April 11, 2005. (Doc. 1). Upon Petitioner's motion, the Court stayed proceedings on December 29, 2005 to allow Petitioner to exhaust claims in the state court. (Doc. 13). On August 30, 2007, after being notified by Petitioner that he had exhausted the claims he had originally sought to exhaust, the Court lifted the stay of proceedings and ordered Petitioner to file an amended petition with the newly exhausted claims within thirty days. (Doc. 30). On September 21, 2007, Petitioner filed his amended petition. (Doc. 32). On November 17, 2007, the Court ordered Respondent to file an answer to the petition. (Doc. 35). On March 7, 2008, Respondent filed his answer. (Doc. 42). On April 25, 2008, Petitioner requested an extension of time in which to file his traverse. (Doc. 48). On May 13, 2008, the Court granted Petitioner an additional twenty days in which to file the traverse. (Doc. 49).

On May 28, 2008, Petitioner filed a document entitled "Motion to Dismiss Respondent's Answer For Petition For Writ of Habeas Corpus: Nunc Pro Tunc." (Doc. 50). The Clerk of the Court duly filed the document as a motion to dismiss, not as a traverse. Petitioner has never filed a document entitled "Traverse." The document styled as a "motion to dismiss," however, comprises twelve pages of legal argument regarding the substantive claims in the amended petition and explaining why that amended petition should be granted. The Court surmises that the document was intended by Petitioner to serve as his traverse. Accordingly, to effectuate what the Court perceives as Petitioner's intent and to avoid confusion, the Court will direct the Clerk of the Court to re-designate Petitioner's motion to dismiss as a traverse.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED as follows:

1. The Clerk of the Court is DIRECTED to RE-DESIGNATE Petitioner's "Motion to Dismiss Respondent's Answer For Petition For Writ of Habeas Corpus: Nunc Pro Tunc," (Doc. 50), filed on May 28, 2008, as a "Traverse."

IT IS SO ORDERED.

Dated: **October 23, 2008**            **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE