IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SAPIEN LOPEZ, SR., | 1:05-cv-00481-LJO-BAK-GSA (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL and |
| vs. | DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| ROSEANNE CAMPBELL, et al., | (DOCUMENT #57) |
| Respondent. | |
| _____/ | |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 6, 2008, judgment was entered denying the petition for writ of habeas corpus. On March 26, 2009, petitioner filed a notice of appeal. On December 8, 2009, petitioner filed a motion for certificate of appealability and an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated: __December 16, 2009__        __/s/ Gary S. Austin__
                                    UNITED STATES MAGISTRATE JUDGE